AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
MAY 08 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| Donald M. Simpson | )<br>)<br>) |
| *Petitioner* | ) |
| v. | ) Case No. CV 19 2490 |
| State of California | )<br>) *(Supplied by Clerk of Court)* |
| *Respondent*<br>(name of warden or authorized person having custody of petitioner) | ) |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Donald Marvin Simpson
   (b) Other names you have used: Don Simpson

2. Place of confinement:
   (a) Name of institution: N/A
   (b) Address:
   (c) Your identification number:

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☐ State authorities    ☐ Other - explain:
   NO

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain):

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain):   Having to register as a Sex Offender every year. My sentence was No Jail Time, 3 days Probation and No registration required.

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:   Santa Clara County Court

   (b) Docket number, case number, or opinion number:   AO1378458

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   Having to register as a sex offender every year.

   (d) Date of the decision or action:   8/1958

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes      ☑ No

   (a) If "Yes," provide:

      (1) Name of the authority, agency, or court:

      (2) Date of filing:

      (3) Docket number, case number, or opinion number:

      (4) Result:

      (5) Date of result:

      (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: I did not have to register as a sex offender until Megan's Law went into effect, and I was then notified I had to register every year.

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court:
   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court:
   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:
I did not have to register for years. Then Megan's Law was passed and suddenly I was informed that I had to register every year, for the rest of my life. I am petitioning to be removed from the requirement of having to register as a sex offender. I was not ordered to register at the time of my sentencing, and I feel it is unfair to have to register now. I'm 81 years old. I served in the Military (Marine Corps and Navy Reserves. I served in the Gulf War. I now suffer from PTSD, Gulf War Syndrome, was sprayed with Mustard Gas. I now have Lung problems and had to have a Pace Maker put in, resulting from Thiodiglycol (TDG).

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☑ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No
If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

Case 4:19-cv-02490-KAW   Document 1   Filed 05/08/19   Page 5 of 13

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      (4) Result:

      (5) Date of result:

      (6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I suffer from PTSD from the Gulf War. I was forced by the Navy to watch the horrors of service being blown up, bodies torn apart, hearing the screaming of wounded and dying soldiers begging for their mothers. Having to smell and witness all the blood and stench of my fellow companions as they lay wounded or dying. This changes a man to witness such carnage.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I have nightmares and relive the gore and mutilation I witnessed in the war. My wife says I have changed dramatically. My marriage also suffers from my sudden bursts of aggression and anger. I became an alcoholic and was suicidal for a time. I was told I suffer from "Gulf War Syndrome", I have severe anxiety, along with mental and emotional and psychological problems.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☑ No

**GROUND TWO:** We were sprayed with Mustard Gas, and had to suffer the tortures incurred from the gas.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
We were never told by the Military that we were sprayed with Mustard Gas They still deny this was ever done. Because of the gas, I now have Lung problems, lack of coordination, A Heart Problem that required a Pace Maker installed in my chest. I can not do all the things or activities I used to do before the Gulf War. I am no longer able to partake in my marital rights of having sex with my wife

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☑ No

**GROUND THREE:** Other Service Members are also suffering.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
There are several lawsuits (filed in Texas) by fellow service members,( based on proof obtained) of the spraying of Mustard Gas while we were in the Gulf war. They too suffer from "Gulf War Syndrome" and PTSD.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☑ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Lack of Proper Medical Attention

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The V.A. can not take care of me properly because of being so overwhelmed by returning injured soldiers. I have to wait weeks to months to be seen for my medical conditions. In the meantime I must suffer from excruciating pain, trouble breathing, and horrific nightmares. I can not get my medication (pain pills) until I see a doctor. It is extremely difficult getting around. My eyesight is deteriorating, and my mobility is in jeopardy. My memory is getting bad, so is my driving. I have severe hearing loss due to repeated gun fire in Desert Storm. I am unable to perform in my marriage bed from the effects of the Mustard Gas.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I was not aware I could file a Habeus Corpus until now.

### Request for Relief

15. State exactly what you want the court to do: I ask the court to release me from having to register every year as a sex offender. I have to register in 2 months again. I am frail and it is extremely difficult for me to get around. Could my Petition be granted As Soon As Possible please.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:   May 6, 2019

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*



STATE OF CALIFORNIA
CJIS 8102S
(Orig. 05/2003; Rev. 01/2017)

DEPARTMENT OF JUSTICE
PAGE 1 of 5

# CHANG
(Sex Offender



Authorized Location
**FINGERPRINTS**
SAN JOSE POLICE DEPARTMENT
Visitor # 17-184-003
DONALD SIMPSON
Valid 7/3/2017 ONLY

er alpha code in Facility Type field):
............................................DC
Home............................FCH
Group Home.....................GH
Foster Home......................FH
Adult Day Care ..................AD
Sober Living Home ............SLH
Elderly Care Home .............ECH

## PLEASE FOLLOW THESE IMPORTANT PROCE
- Print or type required information and submit to
- Submit a current photograph of the registrant. P by using the DOJ Image System.
- Have the registrant read and initial the registration requirements on pages 3 and 4 of this form.
- Verify the registrant understands the requirements.
- Provide a copy of this form to the registrant as a receipt.

| REASON FOR REGISTRATION (More than one box can be checked): | | | | |
|---|---|---|---|---|
| ☑ ANNUAL | ☐ 30 DAY (TRANSIENT) | ☐ 90 DAY (SVP) | ☐ CHANGE OF ADDRESS | ☐ OTHER (e.g., Initial, Additional Address) |

REGISTRATION EVENT (More than one box can be checked):

| ☐ INITIAL (1st 8102S in CSAR) | OFFENDER HAS MOVED/CHANGE OF ADDRESS | ☐ ABSCONDED (LEA has verified whereabouts unknown) |
|---|---|---|
| ☐ Residence | ☐ INTO JURISDICTION | ☐ DEPORTATION |
| ☐ Campus (Attending, Employed, Volunteer) | ☐ INTO JURISDICTION FROM OUT OF STATE | ☐ INCARCERATION  INC Date: |
| ☐ Employment (Out of state resident employed in CA) | ☐ WITHIN JURISDICTION | ☐ CDCR ☐ LOCAL ☐ FED |
| ☐ Transient | ☐ OUT OF JURISDICTION | ☐ DJJ ☐ DSH ☐ ICE |
| ☐ ADDITIONAL ADDRESS (Concurrent) | ☐ OUT OF STATE | DECEASED (Check verification source and attach document): |
| ☐ Residence | NOTE - If registrant has more than one registered address, list address registrant is vacating in the space below: | ☐ Coroner Medical Examiner ☐ Death Certificate |
| ☐ Campus (Attending, Employed, Volunteer) | | ☐ Other (Specify below and attach document) |
| ☐ Employment (Out of state resident employed in CA) | | |
| ☑ UPDATE (No Change in Registration Address) | | PFN DIG404 |

| FULL NAME OF REGISTRANT | Last | First | Middle | Suffix |
|---|---|---|---|---|
| | SIMPSON | DONALD | M | |

| ALIASES | DATE OF BIRTH | CII NUMBER (SID) | DRIVER'S LICENSE/I.D. NUMBER | STATE | EXPIRATION DATE |
|---|---|---|---|---|---|
| | 07/04/1937 | A01378458 | D0908034 | CA | 2015 |

| FCN NUMBER | SOCIAL SECURITY NUMBER | INSTITUTION NUMBER (CDCR, DJJ, or DSH) | FBI NUMBER |
|---|---|---|---|
| 1869408306665 | | | 41045D |

| SEX | RACE | HAIR COLOR | EYE COLOR | HEIGHT | WEIGHT | PLACE OF BIRTH | ORIGINATING AGENCY CASE NUMBER (OCA) |
|---|---|---|---|---|---|---|---|
| MALE | WHITE | GRAY/PARTIAL | BROWN | 601 | 250 | | DID404 |

| TYPE OF CONVICTION IF NON-CALIFORNIA OFFENSE | ☐ OUT OF STATE | ☐ FEDERAL | ☐ MILITARY | | | |
|---|---|---|---|---|---|---|
| NEW OR MODIFIED SCARS, MARKS, TATTOOS, AND OTHER CHARACTERISTICS NOT IN CSAR 1 | LOCATION | DESCRIPTION | | PICTURE | TEXT | |
| NEW OR MODIFIED SCARS, MARKS, TATTOOS, AND OTHER CHARACTERISTICS NOT IN CSAR 2 | LOCATION | DESCRIPTION | | PICTURE | TEXT | |
| NEW OR MODIFIED SCARS, MARKS, TATTOOS, AND OTHER CHARACTERISTICS NOT IN CSAR 3 | LOCATION | DESCRIPTION | | PICTURE | TEXT | |

| HOME TELEPHONE NUMBER | WORK TELEPHONE NUMBER | CELLULAR TELEPHONE NUMBER |
|---|---|---|
| 408 274 0493 | none | none |

| ADDRESS Street Number and Name | Apt/Unit Number | City | State | Zip Code |
|---|---|---|---|---|
| 2702 AIDA AV | | SAN JOSE | CA | 95122 |

| DWELLING TYPE | LICENSED FACILITY | FACILITY TYPE |
|---|---|---|
| ☐ Single Family Residence ☐ Apartment / Condominium ☐ Hotel / Motel ☐ Other | ☐ YES ☐ NO | |

LOCATION(S) FREQUENTED BY TRANSIENT
NONE

| ADDITIONAL REGISTRATION ADDRESS | Street Number and Name | Apt/Unit Number | City | State | Zip Code |
|---|---|---|---|---|---|
| ☐ Residence ☐ Campus ☐ Employment | NONE | | | | |

| DWELLING TYPE | LICENSED FACILITY | FACILITY TYPE |
|---|---|---|
| ☐ Single Family Residence ☐ Apartment / Condominium ☐ Hotel / Motel ☐ Other | ☐ YES ☐ NO | |

| CAMPUS REGISTRATION | CAMPUS NAME/ADDRESS | Street Number and Name | City | State | Zip Code |
|---|---|---|---|---|---|
| ☐ Attending ☐ Employed ☐ Volunteer | NONE | | | | |

CJIC_____  X-IMAGE_____  NARCO REG_____
CSAR_____  PROOF OF RESIDENCY_____
WANT_____  PDF_____

Rolled Right Thumbprint - If amputated, use next available finger

Donald Simpson    07/03/2017  07 03 2017

Case 4:19-cv-02490-KAW Document 1 Filed 05/08/19 Page 11 of 13



CJIS 8102S
(Orig. 05/2003; Rev. 01/2017)

PAGE 4 of 5

## SEX OFFENDER REGISTRATION
## CHANGE OF ADDRESS / ANNUAL OR OTHER UPDATE
(Sex Offender Registration Act - Penal Code §§ 290-290.024 and 290.01)

| NAME OF REGISTRANT | Last | First | Middle | CII NUMBER (SID) | DATE OF REGISTRATION/UPDATE |
|---|---|---|---|---|---|
| | SIMPSON | DONALD | M | A01378458 | 07/03/2017 |

### REGISTRATION REQUIREMENTS - REGISTRANT IS REQUIRED TO READ AND INITIAL ALL REQUIREMENTS

12. _S_ If I have ever been committed as a sexually violent predator, I must update my registration information in person, no less than once every 90 days with the law enforcement agency having jurisdiction over my residence or transient location. I must also comply with the annual requirement to update my registration in person. (PC, §§ 290.001, 290.012)

13. _S_ If I have more than one residence address at which I regularly reside (regardless of the number of days or nights I spend at each address), I must register in person, within five (5) working days at each address with the law enforcement agency having jurisdiction over each residence. If I no longer reside at a registered address, I must inform in person, the registering agency having jurisdiction over that address within five (5) working days before or after I leave. (PC, § 290.010)

14. _S_ If I reside or am a transient on a University of California, California State University, or community college campus, I must register in person, within five (5) working days with the local law enforcement agency having jurisdiction over the campus and additionally with the campus police. (PC, §§ 290, 290.011)

15. _S_ If I am enrolled or employed (with or without compensation) at an institution of higher learning, I must register within five (5) working days of commencement of the term of enrollment or employment, with the campus police department or if no campus police department exists, with the law enforcement agency having jurisdiction over that campus. I must also register in person with the law enforcement agency having jurisdiction over my place of residence or transient location. When I cease being enrolled or employed at that institution, I must notify the registering agency for the campus within five (5) working days. (PC, §§ 290.009, 290.01)

16. _S_ Campus registration must be in person unless I am enrolled in an online course which does not require my presence at an institution of higher learning in California. I must register for online courses by mailing the Department of Justice Online Course Registration Form to the campus police department, or if no campus police department exists, to the law enforcement agency having jurisdiction over that campus, within five (5) working days of commencement of my term of enrollment. When I cease being enrolled at that institution, I must notify the registering agency for the campus within five (5) working days. (PC, §§ 290.009, 290.01) The DOJ Online Course Registration Form is available at: www.oag.ca.gov.

17. _S_ If I live outside of California and I am required to register in that state and I attend school or am employed in California, I must register in person with the law enforcement agency having jurisdiction over my school or employment location within five (5) working days of beginning attendance or becoming employed, in addition to registering in my state of residence. (PC, § 290.002)

18. _S_ I must provide proof of residence to the registering agency within 30 days of registration or re-registration at a new residence address. (PC, § 290.015)

19. _S_ If I am on parole or probation, I must provide proof of registration to my parole agent or probation officer within six (6) working days of release on parole or probation and proof of any change or update to my registration within five (5) working days. (PC, § 290.85)

20. _S_ If I change my name I must notify in person, within five (5) working days, the law enforcement agency or agencies having jurisdiction over my place of residence or place where I am required to register as a transient. (PC, § 290.014)

21. _S_ I understand I am required to submit DNA samples, as well as fingerprints and full palm prints. (PC, §§ 296, 296.2)

22. _S_ I may apply for exclusion from the Megan's Law Internet site if I meet the exclusion criteria, including: 1) I have a felony conviction for sexual battery (PC 243.4(a)); or 2) I have a misdemeanor conviction for annoy/molest a child (PC 647.6/647a); or 3) I have a conviction for molesting a child, stepchild, sibling, or grandchild and the crime did not involve either oral copulation or any type of penetration; or 4) I have a felony conviction for PC 311.1, 311.2 subsection (b), (c), or (d), or 311.3, 311.4, 311.10, or 311.11 and a probation report that clearly states that all victims involved in the commission of the offense were at least 16 years of age or older at the time of the commission of the offense. (PC, § 290.46(e).) Exclusion Applications are available on the Office of the Attorney General Internet site at: www.oag.ca.gov.

I have been notified of my duty to register as a sex offender pursuant to Penal Code sections 290-290.024 and 290.01. I have read or had read to me, and initialed each registration requirement specified on pages 3 and 4 of this form. I understand it is my duty to know the registration requirements, including changes to the law that may be made after I sign this form. I certify the information provided is true and accurate. I understand failure to comply with the registration requirements, providing false information on the form, or failing to provide accurate information is punishable as a criminal offense. I understand refusing to sign this form is also punishable as a criminal offense.

Rolled Right Thumbprint -
If amputated, use next
available finger

_[signature]_ Donald Simpson                    07/03/2017
SIGNATURE OF REGISTRANT                         DATE OF REGISTRATION/UPDATE

DISTRIBUTION: Original to Registering Agency; Copy to Person Registering

# SEX OFFENDER REGISTRATION
## CHANGE OF ADDRESS / ANNUAL OR OTHER UPDATE
(Sex Offender Registration Act - Penal Code §§ 290-290.024 and 290.01)

| NAME OF REGISTRANT | Last: SIMPSON | First: DONALD | Middle: M | CII NUMBER (SID): A01378458 | DATE OF REGISTRATION/UPDATE: 07/03/2017 |

**RELATED ADDRESS** (e.g. Mailing, Emergency Contact) Street Number and Name: 202 Ada Ave | Apt/Unit Number: | City: San Jose | State: CA | Zip Code: 95122

**RELATED ADDRESS TYPE**: ☐ Mailing ☐ Emergency Contact ☐ GPS Charging Location
NAME OF EMERGENCY CONTACT: Ivez Simpson
RELATIONSHIP TO EMERGENCY CONTACT: wife

**RELATED ADDRESS** (second): [blank]

**OCCUPATION**: RETIRED
**EMPLOYER'S NAME**: [blank]
**DATE CURRENT EMPLOYMENT BEGAN**: [blank]

**EMPLOYER'S ADDRESS**: [blank]
**WORK ADDRESS**: [blank]

### VEHICLES OWNED, REGISTERED, OR REGULARLY DRIVEN

**VEHICLE #1**
- LICENSE PLATE NUMBER: EP60767
- STATE: CA
- TYPE: [blank]
- YEAR OF EXPIRATION: 2020
- VEHICLE YEAR: 94
- MAKE: DODGE
- MODEL: PU
- STYLE/COLOR: Red

**VEHICLE #2**: [blank]

**REGISTERING AGENCY**: SAN JOSE POLICE DEPARTMENT
**REGISTERING OFFICER'S NAME AND TITLE**: PDS II CAMPOY 579N
**TELEPHONE NUMBER**: 408 277-4290
**ORI**: CA0431300
**MNEMONIC**: SRN0
**DNA COLLECTED?**: ☑ YES ☐ NO

**PROBATION/PAROLE OFFICER**: [blank]

**HAVE YOU SOLD OR STOPPED REGULARLY DRIVING A VEHICLE SINCE YOUR LAST REGISTRATION?** ☐ YES ☐ NO

**COMMENTS**: REC COPY [signature: Donald Simpson]

### ADDRESS/RESIDENCE DEFINITIONS:

**ADDRESS** - Address at which I regularly reside, regardless of the number of days or nights spent there.
**ADDITIONAL ADDRESS** - Additional address at which I regularly reside, regardless of the number of days or nights spent there.
**RELATED ADDRESS** - Address of a relative or other person who is likely to know how to contact me.
**EMPLOYER'S NAME/ADDRESS** - The name and address of my employer (e.g., company, individual, entity), and the address of that employer.
**WORK ADDRESS** - The address at which I work.
**RESIDENCE** - One or more addresses at which I regularly reside, regardless of the number of days or nights spent there, such as a shelter or structure that can be located by a street address, including, but not limited to, houses, apartment buildings, motels, hotels, homeless shelters, and recreational and other vehicles.

[Signature: Donald Simpson] 07/03/2017
SIGNATURE OF REGISTRANT | DATE OF REGISTRATION/UPDATE

Rolled Right Thumbprint - If amputated, use next available finger

DISTRIBUTION: Original to Registering Agency; Copy to Person Registering

STATE OF CALIFORNIA
CJIS 8102S
(Orig. 05/2003 Rev. 01/2017)

DEPARTMENT OF JUSTICE
PAGE 3 of 5

# SEX OFFENDER REGISTRATION
## CHANGE OF ADDRESS / ANNUAL OR OTHER UPDATE
(Sex Offender Registration Act - Penal Code §§ 290-290.024 and 290.01)

| NAME OF REGISTRANT Last | First | Middle | CII NUMBER (SID) | DATE OF REGISTRATION/UPDATE |
|---|---|---|---|---|
| SIMPSON | DONALD | M | A01378458 | 07/03/2017 |

**REGISTRATION REQUIREMENTS - REGISTRANT IS REQUIRED TO READ AND INITIAL ALL REQUIREMENTS**

1. _S_ My responsibility to register as a sex offender in California is a lifetime requirement, except as provided in PC, § 290.005, PC, § 290.5, or by court order.

2. _S_ I must register in person, if I have never registered, within five (5) working days of: 1) coming into California, or 2) release from incarceration, placement, commitment, or release on probation, with the law enforcement agency having jurisdiction over my place(s) of residence or where I am physically present as a transient. (PC, § 290)

3. _S_ I must re-register in person, if I have previously registered, within five (5) working days, after release from incarceration, placement, or commitment that lasted 30 or more days, or within five (5) working days after release on probation. I do not have to re-register after release if I was incarcerated for less than 30 days, and I return to the last registered address, and the update of registration that is required to occur within five (5) working days before or after my birthday did not fall within that incarceration period. (PC, § 290.015)

4. _S_ I must annually update my registration information in person, within five (5) working days before or after my birthday, at the law enforcement agency having jurisdiction over my residence address or where I am currently present as a transient. Annual updates begin with my first birthday following registration or change of address. (PC, § 290.012)

5. _S_ Upon coming into, or when changing my residence address within a city and/or county in which I am residing, I must register or re-register in person, within five (5) working days, with the law enforcement agency having jurisdiction over my residence. (PC, §§ 290, 290.013)

6. _S_ If I change my registered address to a new address, either within the same jurisdiction or anywhere inside or outside of the state, I must inform the last registering agency or agencies in person within five (5) working days before or after I leave. If I do not know my new residence address or transient location I must later notify, by registered or certified mail, the last registering agency or agencies of the new address or transient location with five (5) working days of moving to the new address or location. (PC, § 290.013)

7. _S_ If I am registered at a residence address and become transient, I have five (5) working days within which to register in person with the law enforcement agency having jurisdiction where I am physically present as a transient. (PC, § 290.011)

8. _S_ If I am registered as a transient and move to a residence, I have five (5) working days within which to register in person with the law enforcement agency having jurisdiction over the new address. (PC, § 290.011)

9. _S_ If I have no residence address, I must register in person in the jurisdiction where I am physically present as a transient within five (5) working days of becoming transient. Thereafter, I must update my registration information in person no less than once every 30 days with the law enforcement agency having jurisdiction over the place where I am physically present as a transient on the day I re-register. I do not need to report changes of transient location within the 30-day period unless I move out of state. I must also comply with the annual requirement to update my registration. (PC, § 290.011)

10. _S_ If I am registered as a transient and I am moving out of state, I must inform the law enforcement agency having jurisdiction over the place where I was physically present as a transient, in person, within five (5) working days before or after I leave. I must also inform the law enforcement agency of my planned destination, residence, or transient location out of state, if known, and any plans to return to California. (PC, § 290.011)

11. ____ If I move outside of California, I am required by federal law to register in the new state within three (3) working days.

**REGISTRATION REQUIREMENTS CONTINUE ON PAGE 4**

I have been notified of my duty to register as a sex offender pursuant to Penal Code sections 290-290.024 and 290.01. I have read or had read to me, and initialed each registration requirement specified on pages 3 and 4 of this form. I understand it is my duty to know the registration requirements, including changes to the law that may be made after I sign this form. I certify the information provided is true and accurate. I understand failure to comply with the registration requirements, providing false information on the form, or failing to provide accurate information is punishable as a criminal offense. I understand refusing to sign this form is also punishable as a criminal offense.

_/s/ Donald Simpson_
SIGNATURE OF REGISTRANT

07/03/2017
DATE OF REGISTRATION/UPDATE

Rolled Right Thumbprint - If amputated, use next available finger